RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Gerald Williams

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GERALD WILLIAMS,<br><br>    Defendant. | Case No. 2:21-cr-00246-JAD-BNW<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kenneth Nicholas Portz, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Gerald Williams, request that the due date for Mr. Williams' Reply to the Government's Response to Defendant's Motion to Suppress (ECF No. 33), be extended fourteen (14) days from June 17, 2022 to July 1, 2022.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Williams needs additional time to prepare the reply to the government's Response to Mr. Williams' motion to Suppress and consult with Mr. Williams.

2. The parties agree to the continuance.

3. Mr. Williams does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply's deadline.

DATED this 15th day of June 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s /Kenneth Nicholas Portz<br>KENNETH NICHOLAS PORTZ<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>GERALD WILLIAMS,<br><br>   Defendant. | Case No. 2:21-cr-00246-JAD-BNW<br><br>ORDER |

   IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Reply to Government's Response to Motion to Suppress, that the Defendant's Deadline to file his Reply is extended to  July 1, 2022  .

   DATED this  21st  day of June 2022.

_____
United States Magistrate Judge

3