1

2:21-cr-00246-JAD-BNW

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | **Case No. 2:21-cr-00246-JAD-BNW** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TEMPORARILY** |
| GERALD WILLIAMS, | ) | **UNSEALING NOTES** |
| Defendants. | ) | |

On 08-12-2022, Samantha McNett, Court Reporter, received a Transcript Order form requesting the transcript of an **Evidentiary Hearing (Day 1)** in which a portion of the hearing was sealed, held on 08-03-2022, from Bianca Pucci, Esq.

**IT IS THE ORDER OF THE COURT** that the sealed portion of the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Bianca Pucci, Esq.

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th day of August, 2022.

BRENDA N. WEKSLER,
United States Magistrate Judge