UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Gerald Williams,<br><br>  Defendant. | Case No. 2:21-cr-00246-JAD-BNW |

**PRESENT:** The Honorable Brenda Weksler, United States Magistrate Judge

**RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF(S):** *Bianca Pucci, Nick Portz*

**COUNSEL FOR DEFENDANT(S):** *Heidi Ojeda, Jawara Griffin*

**MINUTE ORDER IN CHAMBERS:** On October 12, 2022 Judge Weksler conducted an evidentiary hearing. **IT IS ORDERED** that a transcript of the proceedings on October 12, 2022, be prepared for the Court within 14 days. Liberty Counters 9:31:14 – 10:37:36.

DATED: March 14, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1