UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERALD WILLIAMS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00246-JAD-BNW<br><br>ORDER<br><br>ECF No. 73 |

　　　Based on the parties' stipulation, IT IS ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Objection to Report & Recommendation, that the Defendant's deadline to file his Objection is extended to June 13, 2023.

　　　DATED this 11th day of April 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE